DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT GERARD ENGELHARDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-09-00195 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| KURT GERARD ENGELHARDT, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on November 2, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 2, 2009, be continued until November 16, 2009.  In addition, the parties stipulate that the time period from November 2, 2009, to November 16, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1  DATED: October 28, 2009

                                    Respectfully submitted,

4  LAWRENCE G. BROWN                            DANIEL BRODERICK
   United States Attorney                       Federal Defender


   *By:  /s/ Lexi Negin for*                    */s/ Lexi Negin*
   SAMUEL WONG                                  LEXI NEGIN
   Assistant U.S. Attorney                      Assistant Federal Defender
   Attorney for the United States of America    Attorney for Kurt Gerard Engelhardt


         IT IS SO ORDERED.

   DATED:  October 28, 2009



                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE