DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT GERARD ENGELHARDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-00195 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| KURT GERARD ENGELHARDT, | |
| Defendant. | |

This case is currently scheduled for a status hearing on December 14, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 14, 2009, be continued until February 8, 2010, at 10:00 a.m.. In addition, the parties stipulate that the time period from December 14, 2009, to February 8, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare. Specifically, defense counsel desires time to negotiate a resolution of this case and time to explain the ramifications of any such proposed resolution to defendant.

///

DATED: December 10, 2009

                    Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| By:  */s/ Lexi Negin for*<br>    SAMUEL WONG<br>    Assistant U.S. Attorney<br>    Attorney for the<br>    United States of America | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Kurt Gerard Engelhardt |

**IT IS SO ORDERED.**

DATED: December 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE