**FILED**
APR 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-00195 FCD |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER FOR DEFENDANT'S IMMEDIATE RELEASE |
| KURT GERARD ENGELHARDT, | |
| Defendant. | |

On April 26, 2010, this matter came before the Court for sentencing. The Court imposed a sentence of time served.

Good cause appearing therefor,

IT IS ORDERED that Kurt Gerard Englehardt (aka Kurt Gerard Engelhardt) be released from federal custody immediately.

Dated: 4/26/10

FRANK C. DAMRELL, Jr.
United States District Judge

5